FILED
CLERK, U.S. DISTRICT COURT
6/10/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

2:22-mj-02316-DUTY

FINDING RE PROBABLE CAUSE

On June 10, 2022, at 7:40 a./p.m., Agent Thomas Vasquez of the Federal Protective Service appeared before me regarding the probable cause arrest of defendant KIRSTEN CONNOLLY BRAY, occurring on June 10, 2022, at Los Angeles, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 18, United States Code, Section 115(a)(1)(B).

/____/ It is ordered that defendant KIRSTEN CONNOLLY BRAY be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on _____.

/____/ It is ordered that defendant KIRSTEN CONNOLLY BRAY be discharged from custody on this charge forthwith.

DATED: __June 10, 2022__, at __7:40__ ~~a.m.~~/p.m.

_____
UNITED STATES MAGISTRATE JUDGE